No. 88–1948. THOMAS J. LIPTON, INC., ET AL. v. R. C. BIGELOW, INC. C. A. 2d Cir. Certiorari denied.

No. 88–1950. FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES ET AL. v. SIMS ET AL.; and
No. 89–19. SIMS ET AL. v. FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 862 F. 2d 1449.

No. 88–1953. ATKINSON ET AL. v. GENERAL ELECTRIC CAPITAL CORP. C. A. 11th Cir. Certiorari denied.

No. 88–1954. STACHE v. INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTSMEN, AFL–CIO. C. A. 9th Cir. Certiorari denied.

No. 88–1955. CRABB ET AL. v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 88–1957. BARROW v. MARKEL, CLERK, CIRCUIT COURT OF FLORIDA, ST. JOHNS COUNTY. C. A. 11th Cir. Certiorari denied.

No. 88–1959. HELLER ET AL. v. ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION. Sup. Ct. Ill. Certiorari denied.

No. 88–1961. BARROW v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1962. EAST TEXAS STEEL FACILITIES, INC. v. LUJAN, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–1963. BEAZLEY v. MERRILL LYNCH FUTURES, INC., FKA MERRILL LYNCH COMMODITIES, INC. C. A. 11th Cir. Certiorari denied.

No. 88–1964. POLYAK v. HAMILTON, JUDGE, CHANCERY AND CIRCUIT COURTS OF LAWRENCE COUNTY. Sup. Ct. Tenn. Certiorari denied.

No. 88–1965. THOMPSON ET VIR v. CITY OF COVINGTON ET AL. Ct. App. Ky. Certiorari denied.